UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER D. MCCUMSEY,
    Petitioner/Plaintiff,

vs.                                                          Case No.:  3:24cv203/LAC/ZCB

RICKY DIXON,
STATE OF FLORIDA,
    Respondent(s)/Defendant(s).
_____/

## **ORDER**

This case is before the Court upon the Magistrate Judge's Amended Report and Recommendation dated November 15, 2024.  (Doc. 18).  The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Amended Report and Recommendation (Doc. 18) is adopted and incorporated by reference in this order.

2.    This case is **DISMISSED** without prejudice.

3. A certificate of appealability is **DENIED**.

4. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 9th day of December, 2024.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**